# DK DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

**DENNIS KENNY, ESQ.** (NY & PA)
**KATHERINE M. USEWICZ, ESQ.**
**JEFFREY C. LEO, ESQ.**
**SCOTT T. BLACK, ESQ.** (NY & CA)
**EDWARD C. DeLAUTER, ESQ.**
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022
```

**VIA ECF**

DECEMBER 21, 2022

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Edwards v. Commissioner of Social Security

Dear Judge Lehrburger:

This office represents Plaintiff in the above-referenced matter. We are currently writing to request an extension of time within which to submit Plaintiff's motion and brief in support of the motion.

The current deadline for Plaintiff's motion is 12/24/22. I am respectfully requesting a three-week extension until January 13, 2023 due to a family emergency that has just arisen. This is the first time Plaintiff has made this request. **We have contacted the Commissioner's attorney and this morning were just notified that Defendant consents to this extension of time request.**

Should this extension of time be granted, Defendant's cross-motion will be due on March 14, 2023, and Plaintiff's reply, if any, will be due on April 4, 2023.

Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Michael Corona, AUSA

Granted. The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 18 and 19.

SO ORDERED:

12/22/2022

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**ADDITIONAL OFFICES AT:**

55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY

THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY