**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES L. EDWARDS, JR.,

                Plaintiff,                    22 **CIVIL** 4345 (RWL)

    -against-                            **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision Order dated September 22, 2023, Defendant's motion for judgment on the pleadings is GRANTED. Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), Edward's motion is DENIED.

**Dated:** New York, New York
          September 22, 2023

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court

                        BY:
                                                           **Deputy Clerk**